AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED JUN30'25AM9:44
MDGA-VAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| BADRA KABA | ) |
| | ) |
| | ) |
| | ) |
| _Petitioner_ | ) |
| | ) |
| v. | ) Case No. |
| ICE | ) _(Supplied by Clerk of Court)_ |
| | ) |
| | ) |
| _Respondent_ | |
| _(name of warden or authorized person having custody of petitioner)_ | |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name:    BADRA KABA

   (b) Other names you have used:

2. Place of confinement:

   (a) Name of institution:    FOLKSTON ICE PROCESSING CENTER

   (b) Address:    3026 Highway 252 East

   Folkston, GA 31537

   (c) Your identification number:    A046923864

3. Are you currently being held on orders by:

   ☑Federal authorities      ☐ State authorities      ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

   If you are currently serving a sentence, provide:

   (a) Name and location of court that sentenced you:

   (b) Docket number of criminal case:      2020-R-018

   (c) Date of sentencing:

   ☐ Being held on an immigration charge

   ☑Other _(explain)_:    ACCUSATION

   Held on false Affidavit 0n 2018, While waiting at ICE custody, change to accusation on 2020

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:        For over seven years, never been interrogate or have a court date.


6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   Detention , prosecution and removal

Bryan County Superior Court

(b) Docket number, case number, or opinion number:      2020-R-018

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

I never receive a court date, except been arrested without a Due process for over 26 months total


(d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes                    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   Superior Court of Bryan County

(2) Date of filing:   05/08/2025

(3) Docket number, case number, or opinion number:      2020-R-018

(4) Result:    No Response except Bond

(5) Date of result:   05/15/2025

(6) Issues raised:    MOTION TO INDICT OR DISMISS

2018 spent 269 days,  I filed Motion to indict or release, I was tuned over ICE after spending eight months

ICE attempted to remove me with a fraudulent document, while I was in the custody of ICE, on January 31

2020 the case become accusation, On 2021 letter was sent tomy old address for appearance that was re

2020 the case become accusation, On 2021 a letter for appearance was sent to my preview address, that

letter was returned to the court causing the failure to appear and bench warrant was issued. I was

arrested again on October 2024 and presented me with an accusation, geven a bon and turned to ICE.

(b) If you answered "No," explain why you did not appeal:


8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:  **N/A**

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes        ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:  **N/A**

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☑ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
     seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
     sentence?
     ☐ Yes                    ☑ No
     If "Yes," provide:
     (1) Name of court: N/A
     (2) Case number:
     (3) Date of filing:
     (4) Result:
     (5) Date of result:
     (6) Issues raised:

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
     conviction or sentence:

11.  **Appeals of immigration proceedings**
     Does this case concern immigration proceedings?
     ☐ Yes              ☐ No
        If "Yes," provide:
(a)  Date you were taken into immigration custody: 06/13/2025
(b)  Date of the removal or reinstatement order:
(c)  Did you file an appeal with the Board of Immigration Appeals?
     ☐ Yes                    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)  Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☑ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12.  **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:    N/A
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   My removal while the accusation case is pending not even indict

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Accusation, motion for speedy trial, motion to indict or dismiss.

I filed multiple motion to the superior court with no answer, Here  as supporting documents I would like to include all documents regarding to different motions.  Accusation-Exabit1,  Precision- Exabit2, Letter to the attorney-Exabit3, Motion and demand for speedy trial-Exabit4, Motion and demand for recusal- Exabit5, Motion to Indict or Dismiss-Exabit6

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes                    ☑ No

**GROUND TWO:**   I was detained for over 26 months without indictment or trial,

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes                    ☑ No

**GROUND THREE:**   N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes                    ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**    N/A

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes                ☑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:    N/A

## Request for Relief

15.  State exactly what you want the court to do:  As a petitioner, I move to this honorable Court and demand for Relief,
from a long unconstitutional incarceration. Have ICE release the petitioner and remove the hold or detainer until the end
or the conclusion of this case that is pending since 2018 without indictment or trial.

The  petitioner Demand for Relief after long incarceration without Due Process.

I pray and hope this Honorable understands the hardship and violation the petitioner have been trough in this process,

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:      06/17/2025

Badra Kaba

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*