Exhibit 1

# ACCUSATION

No. 2020-R-018

**In the Superior Court of Bryan County**
**State of Georgia**
**November Term, 2019**

## STATE OF GEORGIA
vs.
## BADRA KABA

Count 1: Identity Fraud O.C.G.A. 16-9-121 Felony

Count 2: Identity Fraud O.C.G.A. 16-9-121 Felony

Count 3: Improper Use of Driver's License O.C.G.A. 40-5-125(a) Misdemeanor

**STATE'S LIST OF WITNESSES:**

Ofc Cameron McClure, Richmond Hill Police Department

Filed in the Clerk's Office of Bryan County, GA

The 31 day of Jan, 2020

Regina Curl
Dep CLERK OF SUPERIOR COURT

**TOM DURDEN**
**DISTRICT ATTORNEY**
**ATLANTIC JUDICIAL CIRCUIT**

*Handwritten annotation:* at this time I was in ICE custody with the same arrest, and different case number and charge under a erroneous Affidavit

## STATE OF GEORGIA
## BRYAN COUNTY
## IN THE SUPERIOR COURT OF SAID COUNTY

### COUNT 1

On behalf of the people of the State of Georgia, the undersigned as prosecuting attorney for the County and State aforesaid, does hereby charge and accuse **BADRA KABA** with the offense of **IDENTITY FRAUD, (O.C.G.A. 16-9-121), a Felony,** for that the said **BADRA KABA** in the county of Bryan and the State of Georgia, **on the 27th day of November, 2018, individually and as a party concerned in the commission of the crime,** did willfully and fraudulently use a driver's license, fictitious identifying information concerning Lisa Monique Rucker, DOB 12/09/1969, a fictitious individual, with the intent to use such identification information for the purpose of facilitating the commission of a fraud on Navy Federal Credit Union, contrary to the laws of this State, the good order, peace and dignity thereof.

CAMERON MCCLURE, PROSECUTOR

### COUNT 2

The undersigned, as prosecuting attorney, does further charge and accuse **BADRA KABA** with the offense of **IDENTITY FRAUD, (O.C.G.A. 16-9-121), a Felony,** for that the said accused in the County of Bryan and the State of Georgia, **on the 27th day of November, 2018, individually and as a party concerned in the commission of the crime,** without authorization, did willfully and fraudulently use a counterfeit driver's license, identifying information concerning Patricia Ethridge, a real individual, with the intent to use such identification information for the purpose of facilitating the commission of a fraud on Navy Federal Credit Union, in violation of O.C.G.A. 16-9-121, contrary to the laws of said State, the good order, peace and dignity thereof.

CAMERON MCCLURE, PROSECUTOR

### COUNT 3

The undersigned, as prosecuting attorney, does further charge and accuse **BADRA KABA** with the offense of **IMPROPER USE OF DRIVER'S LICENSE, (O.C.G.A. 40-5-125(a)), a Misdemeanor,** for that the said accused in the County of Bryan and the State of Georgia, **on the 27th day of November, 2018, individually and as a party concerned in the commission of the crime,** did unlawfully represent as his own a driver's license not issued to the accused, in violation of O.C.G.A. 40-5-125(a), contrary to the laws of said State, the good order, peace and dignity thereof.

CAMERON MCCLURE, PROSECUTOR

## ARRAIGNMENT AND PLEA

The Defendant, **BADRA KABA**, waives formal arraignment, indictment by Grand Jury, and pleads _____.

This _____ day of _____, _____.

_____
Defendant

**TOM DURDEN**
**DISTRICT ATTORNEY**

_____
Defendant's Attorney

_____
Assistant District Attorney

*Tom Durden*

DISTRICT ATTORNEY
ATLANTIC JUDICIAL CIRCUIT

*Burellyn Franklin*

Assistant District Attorney