LEGAL MAIL

Exabit 2

Badra Kaba
# 295044
80 Paul Sikes Dr
Hinesville, GA 31313

Received: 03-04-25

United States District Court
Southern District of Georgia
P.O. Box 8286
Savannah, GA 31412

BADRA KABA
  v.
ICE   BRYAN County GA          Case: 4:25-CV-00032

February 20th, 2025

This is a precision or intend of my plea for this honorable Court:

I have been living in the United State for over 36 years.

I was arrested in November 27th 2018 in this matter. After spending nine (9) months without indictment, my lawyer filled a motion to indict or release, I was turned over to ICE, where I spend another 8 months.

Whit my plea in front of Middle District of Georgia I was released on October 2020.

That is when ICE demanded the Court to

LEGAL MAIL

dismiss because they have released me from custody. Case# 7:25-cv-00047

My present plea in this honorable Court is:

1- Have the ICE hold or detainer remove until the conclusion or the end of this process.

2- Have the Superior Court of Bryan County Conduct a fair and impartial process. So I can be able to present my side of story in the process.

Sincerely

Badra Kaba

Notary:

[Notary seal: SHERENIA MOODY, NOTARY PUBLIC, Comm. Exp. 06/17/25, LIBERTY COUNTY, GA]

[Signature]

2-25-25

cc: Embassy of Guinea
    2121 Leroy Place NW
    DC, 20008