LEGAL MAIL

Exabit 3

Badra Kaba
#295044
150 Paul Sikes Dr
Hinesville, GA 31313

BRYAN COUNTY
Public Defender's office
P.O. BOX 1270
Pembroke, GA 31321

BADRA KABA
V.                                              Case No: 2020-R-C15
State of Georgia

February 24th, 2025

I AM officially writing Public defender's office to notified that, I would like to take the above case to the trial.
Please take a necessary steps to give me a speedy, fair and impartial trial in this case. Please have a lawyer visite me at Liberty County Jail for further discussion on the case.

Sincerely

Badra Kaba

Notary:
[signature]
2-25-25

[Notary Seal: SHERENIA MOODY, NOTARY PUBLIC, Comm. Exp. 06/17/25, LIBERTY COUNTY, GA]

cc: Embassy of Guinea
2121 Leroy Pl NW DC 20008