IN THE SUPERIOR COURT OF BRYAN COUNTY
STATE OF GEORGIA

Filed in Clerk's Office
TIME _____

MAR 2 6 2025

Rebecca G. Crowe
Clerk of Court
Bryan County Georgia

THE STATE OF GEORGIA  :  CASE No. 2020-R-018

Vs.  :

BADRA KABA  :  Charge(s): 1: Identity Fraud OCGA 16-9-12.1
DEFENDANT  :  2: Identity Fraud OCGA 16-9-k
  :  3: Improper Use of D.L. OCGA 40-5-

## MOTION AND DEMAND FOR SPEEDY TRIAL

COMES NOW BADRA KABA, the Defendant in the above-styled case, at this the _____ Term of Court, following the filing of the case on 01-31-2020  2020-R-018, states that there are presently jurors empanelled and qualified to try him.

Pursuant to O.C.G.A. § 17-7-170, (171), he demands a speedy trial during this term or the next succeeding Term of Court, in default of which he should be Discharged and acquitted.

He also moves this Court to allow this Demand to be placed upon the minutes, and to order the Defendant produced in Court so that he may announce ready for trial and renew this demand.

The Defendant also invokes his right to a speedy trial as secured by the Sixth and Fourteenth Amendments.

This 18 day of March 2003. 2025

Notary:

Badra Kaba
Defendant Pro Se

Clerk of Superior Court of Bryan County
DA of Atlantic Judicial Circuit
Public Defender of Bryan County

[Notary Seal: SHERENIA MOODY, NOTARY PUBLIC, LIBERTY COUNTY, GA, Comm. Exp. 06/17/25]

IN THE SUPERIOR COURT OF BRYAN COUNTY
STATE OF GEORGIA

| THE STATE OF GEORGIA | : | CASE No. 2020-R-018 |
| --- | --- | --- |
| Vs. | : | |
| BADRA KABA | : | Charges: 1 - Identity Fraud O.C.G.A. 16-9-12 |
| DEFENDANT | : | 2. Identity Fraud - O.C.G.A. 16-9-12 |
| | : | 3. Improper Use of D.L. O.C.G.A. 40-5-1 |

ORDER

Let the foregoing Demand for Speedy Trial be filed upon the minutes of this Court. If this demand be out of Term, then it is hereby allowed.

The Clerk is directed to forward a copy of this Order to the parties.

So Ordered this _____ day of _____, 2023. 2025

_____
Judge, Superior Court

Notary!

_____ County



# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing document(s) upon the party(s) listed below by depositing a copy of same in the *United States Mail* in a properly addressed envelope with adequate postage thereon to insure that it reaches its destination, properly addressed upon:

TOM DURDEN
_____
District Attorney

_____
_____
_____
_____

_____
Judge of Superior Court

_____
C/O Clerk of Courts

_____ County

_____
_____
_____
_____

This the 18 day of March 200 2025

Notary:

