IN SUPERIOR COURT OF BRYAN COUNTY
STATE OF GEORGIA

STATE OF GEORGIA
vs.
BADRA KABA,
Defendant

Case No. 2020-R-018

March 31th, 2025

## MOTION AND DEMAND FOR RECUSAL

COMES NOW BADRA KABA the defendant in the above-styled case, demand that judge Chancy respectfully recuse himself from this case, because his hostile behaviors toward the defendant and his lack of knowledge about the case.

Judge Rose is the sole owner of this case. He conducted the preliminary hearing, he also stated, if there's any change to bring it back in front of him. This is the same arrests, 27th day of November 2018.

Notary:

[Seal: SHERENIA MOODY, NOTARY PUBLIC, Comm. Exp. 06/17/25, LIBERTY COUNTY, GA]

4-9-25

RESPECTFULLY SUBMITTED

Badra Kaba
PRO SE