IN SUPERIOR COURT OF BRYAN COUNTY
STATE OF GEORGIA

Filed in Clerk's Office
TIME _____
MAY 15 2025
Rebecca G. Crowe
Clerk of Court
Bryan County Georgia

STATE OF GEORGIA )
    )
Vs   )   Case No: 2020-R-018
    )
BADRA KABA )
Defendant

## MOTION TO INDICT OR DISMISS

COMES NOW the defendant BADRA KABA in the above cause and moves this honorable Court to either indict or dismiss the warrant and release the above named defendant within the time specified by the Georgia Rules of Criminal Procedure and his 6th amendment rights under the US Constitution and the 14th amendment rights under the Georgia Constitution.

In Support defendant states:

1) As provided by Georgia law, more than 188 days have expired since the defendant's arrest on the above mentioned warrant or defendant accrued 188 days incarceration on the charges of: OC.GA-16-9-121, OC.GA. 16-9-121, OC.GA. 40-5-125(a).

WHEREFORE, defendant prays to be either indicted or have charges dismiss within the next 14 days.

This 8th day of May, 2025

Notary [seal: SHERENIA MOODY NOTARY PUBLIC, LIBERTY COUNTY, GA Comm. Exp. 06/17/25]

Liberty County Jail
160 Paul Sikes Dr.
Hinesville, GA 31313

5/8/25

RESPECFULLY SUBMITTED

Badra Kaba
Defendant PRO Se

Enclosed a stamped envelope for my filed copy.

Sincerely

cc: United States District Court
Southern District of Georgia
P.O. Box 8286
Savannah, GA 31412

cc: Embassy of Guinea
2112 Leroy Pl NW
Washington, DC 20008

2020-R-018
Is Accusation
It is not a warrant.

cc: United States District Court
Middle District of Georgia
401 N. Patterson Street
Valdosta, GA 31601