IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| BADRA KABA,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN MICHAEL BRECKON,<br><br>    Respondent. | CIVIL ACTION NO.: 5:25-cv-68 |

**O R D E R**

Petitioner has potentially failed to notify the Court, in writing, of a change in his address. Doc. 18 (mailing returned as undeliverable to the address Petitioner provided, with notations: "No Longer Here" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward"). Thus, the Court **ORDERS** Petitioner to **SHOW CAUSE** within 14 days of this Order why his Petition should not be dismissed. Petitioner can show cause by advising the Court, in writing, of any new address or by informing the Court his address has not changed. Petitioner's failure to respond to this Court's Order or to otherwise show cause why his case should not be dismissed shall result in the dismissal of this cause of action, without prejudice, for failure to follow this Court's Orders and Local Rules. Doc. 10; Local R. 11.1.

**SO ORDERED**, this 7th day of September, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA